# UNITED STATES COURT OF APPEALS
# FIFTH CIRCUIT

_____

No. 98-40691
Summary Calendar
_____

RODNEY LEE WOODS,

Plaintiff-Appellant,

versus

J. JOHNNY GONZALES ET AL.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-96-CV-399

_____

March 16, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Rodney Lee Woods, Texas state prisoner # 627825, appeals from the district court's dismissal without prejudice of his civil rights complaint for failure to obey a court order. A district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order. *See* FED. R. CIV. P. 41(b); *McCullough v. Lynaugh,* 835 F.2d 1126, 1127 (5th Cir. 1988). A *sua sponte* dismissal by the district court is reviewed for abuse of discretion. *See McCullough*, 835 F.2d at 1127.

Because of the operation of the statute of limitations, the dismissal would operate as a dismissal with prejudice of some of Woods' claims. *See Long v. Simmons,* 77 F.3d 878, 880 (5th Cir. 1996). A dismissal with prejudice "is such a severe sanction that it is to be used only in extreme

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

circumstances . . . In the past, we have found that lesser sanctions would suffice in all but the most flagrant circumstances." *Burden v. Yates*, 644 F.2d 503, 505 (5th Cir. Unit B May 1981). Although dismissal with prejudice is a discretionary matter, we have " generally permitted it only in the face of a clear record of delay or contumacious conduct by the plaintiff." *Colle v. Brazos County, Tex.,* 981 F.2d 237, 243 (5th Cir. 1993). Because there is no clear record of delay or contumacious conduct by Woods, and because the district court did not employ lesser sanctions before dismissing the action, the district court abused its discretion in dismissing the complaint. *See id.*

VACATED AND REMANDED.